United States District Court
Southern District of Texas

**ENTERED**
July 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL HERON, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-862 |
| | § | |
| EXXONMOBIL DISABILITY PLAN, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Exxonmobil's motion for summary judgment, (Docket Entry No. 24), is granted. In accordance with this court's Memorandum and Opinion of today's date, this action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on July 28, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge